1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    MAIKEL HERRERA,                              No.  1:22-cv-01159-ADA-CDB (HC)

12                    Petitioner,                  ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS THAT THE
13          v.                                     PETITION FOR WRIT OF HABEAS CORPUS
                                                   BE DISMISSED WITHOUT PREJUDICE
14    WARDEN,
                                                   (ECF Nos. 12, 14)
15                    Respondent.

16

17          On June 30, 2023, the assigned Magistrate Judge issued findings and recommendations to

18    grant Respondent's motion to dismiss and to dismiss the petition of Petitioner Maikel Herrera

19    without prejudice for failure to exhaust administrative remedies.  (ECF No. 14.)  The Court served

20    the findings and recommendations on Petitioner and gave him fourteen days to file objections

21    thereto.  As of the date of this Order, more than 14 days have passed, and no objections have been

22    filed.  (*Id.* at 3-4.)  The findings and recommendations advised Plaintiff that "failure to file

23    objections within the specified time may result in the waiver of rights on appeal."  (*Id.* (citing

24    *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014))).[1]

25

26    _____

      [1] After Petitioner failed to timely oppose or file a non-opposition to Respondent's motion to dismiss (*see* E.D. Cal.
27    Local Rule 230(c)), on April 21, 2023, the Court served on Petitioner an order to show cause why the petition should
      not be dismissed for failure to exhaust remedies and for mootness considering Petitioner's apparent release from
28    custody.  (ECF No. 13.)  Five days later, the Order mailed to Petitioner was returned as "undeliverable."  More than
      63 days have passed and Petitioner has failed to apprise the Court of his current address, in violation of E.D. Cal. Local
      Rule 183(b).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.   Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 30, 2023, (ECF No. 14), are ADOPTED in full;

2. Petitioner's petition for writ of habeas corpus, (ECF No. 1), is DISMISSED without prejudice; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 18, 2023

UNITED STATES DISTRICT JUDGE